IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KENNETH R. GRANT, JR; ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHERIFF JOHN WELCHER, In his ) <br> official capacity; L.P.N. S. ) <br> HARN, Chatham County Detention ) <br> Center, in official capacity; ) <br> L.P.N. S. GOUVAIN, Chatham ) <br> County Detention Center, in ) <br> official capacity; ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. CV419-293 |

## O R D E R

Before the Court is the Magistrate Judge's April 12, 2021, Report and Recommendation (Doc. 18), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA